1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telephone: (4l5) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  ERICK DAVID LOPEZ

6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 | UNITED STATES OF AMERICA,   ) CR-08-0730 WHA
                                 )
12 |         Plaintiff,           ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING HEARING RE MOTION TO
13 | vs.                          ) QUASH TO JULY 30, 2009
                                 )
14 | IVAN CERNA, et al.,          )
                                 )
15 |         Defendants.          )
                                 )
16                                )
                                 )
17 | _____ )

18         On July 7, 2009, this Court issued a Order Re Motion to Quash Lopez Subpoena

19 directing counsel for defendant LOPEZ and the subpoena respondent meet and confer

20 on or before July 13, 2009, and thereafter submit a joint report informing the Court of the

21 status of the matter.  If no agreement could be reached, the Court set a hearing on the

22 motion to quash for July 16, 2009, at 2:00 p.m.

23         Counsel for defendant LOPEZ and counsel for the San Francisco Police

24 Department ("SFPD") met and conferred July 13, 2009, and July 14, 2009, and have

25 narrowed their differences regarding the issues raised in the motion to quash.  Counsel

26 believe that the remaining issues can be narrowed further if they are given additional

27 time to research the relevant legal issues and meet to discuss their differences over the

28 next two weeks.

Counsel for defendant LOPEZ and counsel for SFPD are jointly requesting that the hearing on this matter that is currently scheduled for July 16, 2009, at 2:00 p.m. be continued to July 30, 2009, at 2:00 p.m.

SO STIPULATED

DATED: July 14, 2009

_____/s/_____
RONNIE WAGNER
Attorney for Subpoena Respondent SFPD

SO STIPULATED

DATED: July 14, 2009

_____/s/_____
PETER GOODMAN
Attorney for Defendant
ERICK DAVID LOPEZ

ORDER CONTINUING HEARING ON MOTION TO QUASH

Based on the Stipulation of the parties, IT IS HEREBY ORDERED that the hearing on the Motion to Quash Lopez Subpoena which is presently scheduled to be heard on July 16, 2009, at 2:00 p.m. be continued to July 30, 2009, at 2:00 p.m.

DATED:
July 15, 2009

IT IS SO ORDERED
Judge William Alsup

_____
WILLIAM ALSUP
United States District Court Judge