```
                                              PAGES 1 - 11
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE WILLIAM ALSUP

UNITED STATES OF AMERICA,      )
                               )
          PLAINTIFF,           )
                               )
  VS.                          )  NO. CR 08-730 WHA
                               )
ERICK LOPEZ,                   )
                               )  SAN FRANCISCO, CALIFORNIA
          DEFENDANT.           )  THURSDAY
                               )  JULY 30, 2009
_____)  2:00 O'CLOCK P.M.
```

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

**FOR SUBPOENA RESPONDENT SFPD:**   RONNIE M. WAGNER
                                     SFPD LEGAL DIVISION
                                     ATTORNEY
                                    SAN FRANCISCO POLICE DEPARTMENT
                                    850 BRYANT STREET
                                    **SAN FRANCISCO, CALIFORNIA 94103**


**FOR DEFENDANT:**          PETER GOODMAN, ESQUIRE
                            400 MONTGOMERY STREET. 2ND FLOOR
                            SAN FRANCISCO, CALIFORNIA 94104


*REPORTED BY:   KATHERINE WYATT, CSR 9866, RMR, RPR*
          *OFFICIAL REPORTER - US DISTRICT COURT*
          *COMPUTERIZED TRANSCRIPTION BY ECLIPSE*

```
 1                        P R O C E E D I N G S
 2   JULY 30, 2009                          2:00 O'CLOCK P.M.
 3            THE CLERK:  OKAY. CRIMINAL NUMBER CR08-730, UNITED
 4   STATES VERSUS ERICK LOPEZ.
 5            MS. WAGNER:  RONNIE WAGNER FOR THE SAN FRANCISCO
 6   POLICE DEPARTMENT.
 7            MR. GOODMAN:  GOOD AFTERNOON, YOUR HONOR.  PETER
 8   GOODMAN APPEARING FOR MR. LOPEZ.
 9            THE COURT:  HOW ARE YOU TODAY?
10            MR. GOODMAN:  I'M FINE. THANK YOU.
11            THE COURT:  WHICH ONE OF THESE IS YOURS?
12            MR. GOODMAN:  MINE HAS TO DO WITH THE HENTHORN
13   MATERIAL. HOPEFULLY, OUR ISSUES ARE SOMEWHAT NARROWER.
14            THE COURT:  HOPEFULLY.  WELL, LET'S SEE. OH, HERE'S
15   YOUR REPORT.  WELL, IN THE MEMORANDUM LOOKS LIKE MRS. WAGNER HAS
16   AGREED.
17            SHE SAYS:
18                "THE MOVING DEFENDANTS SUBMIT THAT THE SPECIFIC
19            INFORMATION BEING SOUGHT WOULD TEND TO IMPEACH THE
20            CREDIBILITY OF THE NAMED OFFICERS, AND FOR THIS
21            REASON HAS CONSISTENTLY BEEN HELD DISCOVERABLE,"
22   RIGHT?
23            MS. WAGNER:  AS TO THE MATERIAL WITNESSES, YES YOUR
24   HONOR. TESTIFYING WITNESSES, OF WHICH NONE HAVE BEEN ANNOUNCED
25   AS YET.
```

1   **THE COURT:** THEN, YOU REFER TO A CASE WHERE IT WAS
2   DEEMED HARMLESS ERROR.  WHETHER IT WAS HARMLESS OR NOT, IT WAS
3   ERROR TO DENY ACCESS.
4           **MR. GOODMAN:** MR. LOPEZ WILL BE JOINING US IN JUST
5   A MINUTE.
6           **THE COURT:** ALL RIGHT.
7           HERE HE IS.
8           ALL RIGHT, MR. LOPEZ DO YOU NEED AN INTERPRETER?
9           ALL RIGHT.  ARE YOU THE INTERPRETER?
10          INTERPRETER VICTOR MARTINEZ:  I AM THE INTERPRETER.
11          **THE COURT:** YOU'VE BEEN SWORN, RIGHT?
12          INTERPRETER VICTOR MARTINEZ:  I HAVE BEEN SWORN, YOUR
13  HONOR.
14          **THE COURT:** THIS IS THE SAME CASE.
15          INTERPRETER VICTOR MARTINEZ:  THEN I HAVE BEEN SWORN,
16  YES.
17          **THE COURT:** OKAY.  SORRY.
18          OKAY.  WE'RE HERE ON ANOTHER SUBPOENA.
19          **MR. GOODMAN:** YOUR HONOR, I BELIEVE THE FIRST ISSUE
20  IS I'VE SUBPOENAED THE RECORDS OF 49 OFFICERS.  I DID THAT BASED
21  UPON TALKING TO THE OTHER MOVING DEFENDANTS AND BASED ON MY
22  REVIEW OF DISCOVERY AS TO MR. LOPEZ.  I THINK THESE ARE 49
23  OFFICERS THAT ARE GOING TO BE RELEVANT EITHER AT EVIDENTIARY
24  HEARINGS PRIOR TO TRIAL OR AT TRIAL AS TO THEIR GUILT OR
25  INNOCENCE.  SO I NARROWED IT TO THOSE PARTICULAR OFFICERS.

1    AS I UNDERSTAND IT, SFPD SAYS THEY DON'T HAVE TO DO
2  ANYTHING UNTIL THE GOVERNMENT ANNOUNCES WHO THEIR WITNESSES ARE.
3  THAT'S NOT UNTIL DECEMBER.
4    THERE'S NO WAY THAT WE CAN PREPARE AND ACTUALLY HOLD
5  THE SUPPRESSION MOTIONS AND OTHER EVIDENTIARY HEARINGS PRETRIAL
6  WITHOUT THIS INFORMATION PROVIDED TO US.
7    **THE COURT:** WHAT SUPPRESSION MOTION?  THERE'S NO
8  SUPPRESSION MOTION SCHEDULED YET.
9    **MR. GOODMAN:** THERE HAVEN'T BEEN, BUT THERE WILL BE.
10 I'M GOING TO HAVE AN SUPRESSION MOTION, I KNOW THAT.  AND I KNOW
11 THAT THERE ARE OTHER DEFENDANTS THAT WILL BE FILING.
12   AND, AGAIN, I NAMED THESE OFFICERS BASED ON MY
13 CONVERSATIONS WITH THE OTHER LAWYERS FOR THE MOVING DEFENDANTS
14 AS TO WHO THEY ANTICIPATED WERE GOING TO BE THE WITNESSES
15 AGAINST --
16   **THE COURT:** WELL, THAT'S WHO THEY THINK.
17   HOW MANY DID YOU ASK FOR?
18   **MR. GOODMAN:** I NAMED 49 OFFICERS.
19   **THE COURT:** HOW MANY ARE YOU WILLING TO PRODUCE?
20   **MS. WAGNER:** TEN YOUR HONOR.  I CONSULTED WITH
21 SERGEANT MCDONALD AND GOT HIS BEST FORECAST WITHOUT THE BENEFIT
22 OF BEING ABLE TO BE PRIVY TO THE ACTUAL PROSECUTION THEORY AND
23 SO ON IN SUCH DETAIL AND INTIMACY TO MAYBE HAVE A BROADER
24 CONCEPT.
25   BUT HE WAS ABLE TO IDENTIFY TEN FOR CERTAIN THAT HE

1 BELIEVED COULD REASONABLY BE EXPECTED TO TESTIFY AND WHO WOULD
2 BE MATERIAL WITNESSES.
3       **THE COURT:** CAN YOU GOOSE THAT UP TO 18?
4       **MS. WAGNER:** I MEAN --
5       **THE COURT:** YES, 18. YOU PRODUCE THE TOP 18, AND THE
6 REST WE'RE GOING TO WAIT UNTIL DECEMBER AND SEE WHO THEY --
7 THAT'S JUST TOO MANY. IT'S JUST A FISHING EXPEDITION.
8       YOU'RE GOING TO MAKE POOR MS. WAGNER, WHO ALREADY HAS
9 GOT A TON OF WORK TO DO, DIG UP 49 FILES, AND I PROMISE YOU 20
10 OF THEM WILL BE IRRELEVANT.
11       YOU'RE JUST GUESSING AS TO WHO IS GOING TO BE THE
12 WITNESS. BUT IF AT THE TIME THAT THEY DESIGNATE THEIR WITNESSES
13 THERE WILL BE TIME ENOUGH TO GET THESE FILES AND GO THROUGH THE
14 REST OF THEM.
15       SO IN THE MEANTIME YOU'LL HAVE THE MOST IMPORTANT
16 ONES, AND THEN YOU'LL GET THE LESS IMPORTANT ONES LATER.
17       **MR. GOODMAN:** JUST FOR THE RECORD, YOUR HONOR, THE
18 PROBLEM IS GOING TO BE YOU HAVE SCHEDULED THE EVIDENTIARY
19 HEARINGS ON PRETRIAL MOTIONS BEFORE THE GOVERNMENT IS EVEN
20 REQUIRED TO DESIGNATE WHO THEIR WITNESSES ARE.
21       **THE COURT:** WELL, IF WE HAVE AN EVIDENTIARY HEARING
22 AND THERE'S GOING TO BE A WITNESS, MAYBE WE WILL JUST HOLD IT IN
23 SUSPENSE UNTIL WE BRING THOSE FILES OVER, IF THAT'S A PROBLEM.
24       BUT I CAN'T -- LOOK, I CAN ONLY -- YES. BUT THAT'S A
25 GOOD POINT. BUT WE HAVE TO WEIGH AGAINST THAT THE POINT OF THE

1 ENORMOUS AMOUNT OF WORK POOR MS. WAGNER IS BEING ASKED TO DO.
2     THAT'S JUST TOO MUCH, SO WE'RE NOT GOING TO DO THAT.
3 YOU HAVE TO DO 18.
4     YOU PICK OUT THE TOP 18, MS. WAGNER, AND THE REST OF
5 THEM -- THIS IS WITHOUT PREJUDICE TO PRODUCING THE REST OF THEM
6 AS SOON AS THE GOVERNMENT DESIGNATES THEIR WITNESSES.
7     **MS. WAGNER:** AND, YOUR HONOR, JUST FOR THE RECORD, IT
8 DOES TAKE 15 BUSINESS DAYS TO EFFECTUATE NOTICE TO EACH OFFICER
9 SO --
10     **THE COURT:** FINE. DO IT. JUST DO IT.
11     **MS. WAGNER:** YES, YOUR HONOR.
12     **THE COURT:** ALL RIGHT. WHAT'S NEXT?
13     **MR. GOODMAN:** THE NEXT HAD TO DO WITH THE SPECIFIC
14 DOCUMENTS THAT I HAD ASKED TO BE PRODUCED. AND I NAMED IN THE
15 SUBPOENA THE FIVE CATEGORIES.
16     **THE COURT:** LET ME FIND YOUR SUBPOENA. I DON'T KNOW
17 IF I HAVE IT OR NOT. IS THIS THE ONE THAT STARTS --
18     **MR. GOODMAN:** I HAVE A COPY OF IT HERE, IF YOU WANT.
19     **THE COURT:** WAIT A MINUTE. IT SAYS -- IT'S GOT YOUR
20 NAME AT THE BOTTOM. AND THEN, THE VERY FIRST ONE SAYS:
21     "DOCUMENT SHALL BE PRODUCED."
22     NO, YOU MUST HAVE WORKED AT A BIG FIRM AT ONE POINT.
23 YOU'VE GOT DEFINITIONS THAT GO ON AD INFINITUM.
24     AND THEN, YOU HAVE "B: INSTRUCTIONS." AND THEN, YOU
25 GET TO THE DOCUMENTS REQUESTED.

**KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834**

1  **MR. GOODMAN:** WELL, I THOUGHT THAT WAS THE WAY IT
2  WAS SUPPOSED TO BE DONE, IF YOU WANT IT TO BE SPECIFIC.
3  **THE COURT:** I THINK THAT PRACTICE IS SO OPPRESSIVE.
4  ALL RIGHT.
5  "NUMBER ONE: PRODUCE ALL DOCUMENTS, INCLUDING,
6  BUT NOT LIMITED TO COMPLAINT FILE."
7  IS THAT YOURS? IS THAT THE ONE WE'RE TALKING ABOUT?
8  **MR. GOODMAN:** YES, PERSONNEL AND COMPLAINT FILES.
9  **THE COURT:** DOESN'T SAY THAT HERE. SAYS:
10  "COMPLAINT FILES."
11  AM I LOOKING AT THE WRONG SUBPOENA? LET'S SEE.
12  **MS. WAGNER:** AT PAGE THREE.
13  **MR. GOODMAN:** AT PAGE THREE, SECTION C:
14  "DOCUMENTS REQUESTED."
15  **THE COURT:** WELL, WAIT A MINUTE. I AM LOOKING AT
16  THE ONE THAT GOES TO THE CITIZEN --
17  **MR. GOODMAN:** NO. THIS IS THE SFPD.
18  **THE COURT:** OKAY. LET ME GET THAT ONE. OKAY.
19  **MR. GOODMAN:** PAGE THREE, SUBSECTION C.
20  **THE COURT:** HERE WE GO, C. YES:
21  "PERSONNEL AND COMPLAINT FILES; MANAGEMENT
22  CONTROL DIVISION, SWORN REPORTS."
23  SO WHAT IS YOUR PROBLEM WITH PRODUCING THESE?
24  **MS. WAGNER:** THAT'S FINE, YOUR HONOR. THAT'S THE
25  CATEGORY THAT WOULD BE RESPONSIVE. WE DON'T OBJECT TO THAT.

**KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834**

| | |
|---|---|
| 1 | **MR. GOODMAN:** IS THAT TRUE OF THE FIVE? |
| 2 | **MS. WAGNER:** OF? |
| 3 | **MR. GOODMAN:** PERSONNEL FILES, ARE ONE. |
| 4 | **MS. WAGNER:** YES.  OH. |
| 5 | **MR. GOODMAN:** COMPLAINTS FILES ARE ONE. |
| 6 | MANAGEMENT AND CONTROL DIVISION FILES ARE ONE. |
| 7 | SWORN REPORTS ARE ONE. |
| 8 | **THE COURT:** WELL, IS THIS THE 49 OR IS THIS 18? |
| 9 | **MS. WAGNER:** EIGHTEEN, YOUR HONOR. |
| 10 | **THE COURT:** ALL RIGHT.  SO YOU'LL DO 18 OF THESE, AND |
| 11 | THEN THE REST OF THEM AFTER WE FIND OUT WHO THE GOVERNMENT |
| 12 | WITNESSES ARE; IS THAT RIGHT?  IS THAT WHAT OUR DEAL IS? |
| 13 | **MS. WAGNER:** YES, YOUR HONOR. |
| 14 | **THE COURT:** OKAY. |
| 15 | **MS. WAGNER:** I'M NOT SURE WHAT HE MEANS BY "SWORN |
| 16 | REPORTS," THOUGH. |
| 17 | **MR. GOODMAN:** WE'VE TALKED ABOUT THIS BEFORE. |
| 18 | **THE COURT:** WHAT IS THAT? |
| 19 | **MS. WAGNER:** I KNOW HE WANTS THE PIT FILES BUT -- |
| 20 | **THE COURT:** WHAT IS A "SWORN REPORT"? |
| 21 | **MR. GOODMAN:** "SWORN REPORTS," AS I UNDERSTAND IT, |
| 22 | ARE COMPILATIONS OF THE COMPLAINTS AGAINST PARTICULAR OFFICERS. |
| 23 | AND THE NAME FOR THAT PARTICULAR KIND OF COMPILATION IS A "SWORN |
| 24 | REPORT." |
| 25 | **THE COURT:** ALL RIGHT.  SEEMS LIKE YOU OUGHT TO |

1  PRODUCE THAT.
2              "PERFORMANCE IMPROVEMENT FILES."
3              NOW, THIS WILL ALL BE UNDER PROTECTIVE ORDER. YOU
4  KNOW, THIS COULD BE SENSITIVE STUFF FOR ANY POLICE OFFICER. I
5  DON'T WANT IT JUST OUT THERE IN THE -- AT LARGE. ALL RIGHT?
6           **MR. GOODMAN:** THAT'S FINE.
7           **THE COURT:** PROBABLY THERE'S GOING TO BE NOTHING IN
8  ANY OF THESE. MAYBE, YOU KNOW, A NUGGET HERE AND THERE. SO THIS
9  IS HIGHLY-CONFIDENTIAL INFORMATION. THESE POLICE OFFICERS
10 DESERVE TO HAVE IT UNDER WRAPS. ALL RIGHT?
11          **MS. WAGNER:** TO BE CLEAR, YOUR HONOR, WE WERE
12 REQUESTING AN IN CAMERA REVIEW.
13          **THE COURT:** ALL RIGHT. I'LL GIVE YOU THAT, TOO. I'M
14 ONLY GOING TO PRODUCE THE THINGS THAT I THINK CAN BE USED FOR
15 IMPEACHMENT.
16          YOU KNOW HOW HARD THIS IS FOR ME TO GO THROUGH ALL OF
17 THIS?
18          **MS. WAGNER:** YES, YOUR HONOR.
19          **THE COURT:** ALL RIGHT. SO YOU COULD -- YES. ALL
20 RIGHT. REMIND ME, THOUGH, WHAT WE'RE DOING WHEN YOU SEND IT
21 OVER. OKAY.
22          IS IT THE SAME THING ON YOUR OTHER SUBPOENA?
23          **MR. GOODMAN:** YES.
24          **THE COURT:** LOOKS LIKE IT IS. ALL RIGHT.
25          **MR. GOODMAN:** YES.

1  **THE COURT:** SO DOES THAT TAKE CARE OF EVERYTHING, OR
2  IS THERE MORE TO TAKE CARE OF?
3  **MR. GOODMAN:** AS FAR AS I'M CONCERNED IT DOES.
4  **MS. WAGNER:** WELL, I'M NOT THE CUSTODIAN OF RECORDS
5  FOR THE OFFICE OF CITIZEN COMPLAINTS.  I CAN'T SPEAK TO --
6  **MR. GOODMAN:** NO, I KNOW THAT.
7  **MS. WAGNER:** WE'RE NOT TALKING ABOUT THAT.  IT'S A
8  DIFFERENT SUBPOENA.
9  **THE COURT:** OKAY.  WHO IS MOVING FOR THEM?
10 **MR. GOODMAN:** THEY HAVE RESPONDED TO THE SUBPOENA,
11 I BELIEVE.  I GOT A LETTER LAST WEEK INDICATING THAT THEY HAD
12 FORWARDED TO YOU A CD OR A COUPLE OF CD'S WITH THE INFORMATION
13 REQUESTED IN THE SUBPOENA.
14 **THE COURT:** LET ME ASK MY LAW CLERK:  IS THAT RIGHT?
15     THE LAW CLERK:  I HAVEN'T SEEN THAT.
16 **THE COURT:** WE HAVEN'T SEEN THAT YET.  I GUESS WE
17 WILL LOOK FOR IT.
18 **MR. GOODMAN:** I HAVE A COPY OF THE LETTER HERE.
19 **THE COURT:** LET ME SEE THE LETTER.
20     OFFICE OF CITIZEN COMPLAINTS. LETTER TO ME. I'VE
21 NEVER SEEN THIS. I DO KNOW MS. FRANKEL.
22     CAN I HAVE THIS LETTER, OR IS THIS YOUR ONLY COPY?
23 **MR. GOODMAN:** THIS IS MY ONLY COPY.  I'LL BE HAPPY
24 TO GET A COPY.
25 **THE COURT:** DAWN, HAVE YOU SEEN THAT LETTER?

1  **THE CLERK:** NO.

2  **THE COURT:** I DON'T THINK WE'VE SEEN THAT YET, SO --

3  **MR. GOODMAN:** WHY DON'T I CHECK WITH HER, ALSO, TO
4  SEE WHAT HAPPENED?

5  **THE COURT:** THANK YOU.

6  ALL RIGHT.  WHAT ELSE CAN I DO FOR YOU?

7  **MR. GOODMAN:** IF THE SAN FRANCISCO POLICE DEPARTMENT
8  IS NOT OBJECTING TO THE SPECIFIC ITEMS THAT I'VE REQUESTED, THEN
9  WE'RE THROUGH.

10  **THE COURT:** IS THAT RIGHT, MS. WAGNER?

11  **MS. WAGNER:** THAT IS CORRECT, YOUR HONOR.

12  **MR. GOODMAN:** OKAY.  THAT WAS EASY.

13  **THE COURT:** GREAT.  THANK YOU.

14  ALL RIGHT.  WE WILL TAKE A SHORT BREAK AND GO TO THE
15  NEXT ITEM ON THE MENU.

16  (THEREUPON, THIS HEARING WAS CONCLUDED.)

CERTIFICATE OF REPORTER

I, KATHERINE WYATT, THE UNDERSIGNED, HEREBY CERTIFY THAT THE FOREGOING PROCEEDINGS WERE REPORTED BY ME, A CERTIFIED SHORTHAND REPORTER, AND WERE THEREAFTER TRANSCRIBED BY ME INTO TYPEWRITING; THAT THE FOREGOING IS A FULL, COMPLETE AND TRUE RECORD OF SAID PROCEEDINGS.

I FURTHER CERTIFY THAT I AM NOT OF COUNSEL OR ATTORNEY FOR EITHER OR ANY OF THE PARTIES IN THE FOREGOING PROCEEDINGS AND CAPTION NAMED, OR IN ANY WAY INTERESTED IN THE OUTCOME OF THE CAUSE NAMED IN SAID CAPTION.

THE FEE CHARGED AND THE PAGE FORMAT FOR THE TRANSCRIPT CONFORM TO THE REGULATIONS OF THE JUDICIAL CONFERENCE.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND THIS 9TH DAY OF AUGUST, 2009.

_____

/S/ KATHERINE WYATT

KATHERINE WYATT, OFFICIAL REPORTER, CSR, RMR (415) 487-9834