IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK LOPEZ, *et al.*,

Defendants.

No. CR 08-0730 WHA

**ORDER REQUESTING DECLARATIONS FROM CUSTODIANS OF RECORDS FOR SFPD AND OCC**

Defense counsel for Erick Lopez request that the undersigned provide copies of any declarations or other documents accompanying *Henthorn* productions by the SFPD and the Office of Citizen Complaints ("OCC"), so that defense counsel may determine whether omissions from the productions require a motion to compel or other relief (Dkt. No. 2192). Defense counsel assert that Ronnie Wagner, attorney for the SFPD, has indicated that a declaration from the SFPD custodian of records regarding which records were produced for *in camera* review was submitted to the undersigned (Goodman Decl. ¶ 11). The undersigned does not possess any such declaration. The undersigned also does not possess a declaration from OCC.

In order to verify the subpoena respondents' faithful compliance with all 13 categories in the subpoenas dated July 6, served by defense counsel on the SFPD and OCC, both subpoena respondents shall file and serve on defense counsel declarations setting forth facts and details sufficient to demonstrate full compliance with the subpoenas. The declarations must be made by an individual who has personal knowledge of the locations searched and is in a position to

confirm compliance with the subpoena. The declarations do not need to get into confidential or privileged information, but they must be sufficiently detailed to persuade the undersigned that there has been full compliance. The declarations must be filed by **FRIDAY, SEPTEMBER 17**.

It is true that the undersigned will conduct *in camera* review, but defense counsel has raised an issue of completeness and the only way to address it, short of an evidentiary hearing, is the submission of declarations. The undersigned notes that although the subpoena to the SFPD covered 13 categories and requested records regarding 246 SFPD officers, the records submitted for *in camera* review amount to an approximately 5-inch stack of hard copy documents, two audio files, and a 65-page electronic PDF document. Possibly this is all that exists, but a question was fairly asked regarding whether all responsive documents were produced.

**IT IS SO ORDERED.**

Dated: September 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE