IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ERICK LOPEZ, *et al*.,

    Defendants.

                                     /

No. CR 08-0730 WHA

**ORDER RE SFPD *HENTHORN* SUBPOENA RESPONSE AND REQUEST FOR EXPEDITED *HENTHORN* REVIEW**

      The undersigned is concerned that the SFPD may not have provided a full and complete response to the *Henthorn* subpoena served by counsel for defendant Erick Lopez on July 22, 2010. To meet this concern, the SFPD custodian of records was previously ordered to provide the undersigned with a declaration setting forth facts sufficient to demonstrate full compliance with the subpoena (Dkt. No. 2197). The SFPD's subsequently-filed declaration, however, was meager and offered little comfort (Dkt No. 2238). Not surprisingly, defense counsel challenged the adequacy of the declaration and proffered a declaration suggesting that the SFPD had not yet produced all responsive records (Dkt. No. 2247). The SFPD filed a further declaration in response, but it too fell short of assuring the undersigned that a full and complete response to the subpoena had been made (Dkt. No. 2284).

      In order to get to the bottom of this, the undersigned will allow Attorney Peter Goodman to come to the courthouse and use the jury room to briefly review the *Henthorn* materials produced thus far by the SFPD, so he can advise the parties and the undersigned on whether there

1  are obvious gaps in the production.  This review will occur this **FRIDAY, OCTOBER 22** at **4 P.M.**
2  During this review, Attorney Goodman will not be permitted to take notes or make copies of any
3  of the documents and no other member of any defense team may be present.  He may, however,
4  tag items he believes constitutes *Henthorn* material and highlight in yellow any items that shed
5  light on the completeness (or not) of the production.  Attorney Ronnie Wagner, counsel for the
6  SFPD, must be present.  After the review, Attorney Goodman must file a report regarding his
7  impression of the completeness of the production by **OCTOBER 29** at **NOON**.  Any motion by the
8  SFPD to alter this procedure must be filed by **OCTOBER 21** at **NOON**.

9  In the meantime, the undersigned will continue the *Henthorn in camera* review of
10 materials produced by the SFPD thus far.  It should be noted that the SFPD production consists
11 almost entirely of MCD report summaries and in almost all instances the SFPD has failed to
12 provide additional information beyond the MCD report summary.  Many of the MCD report
13 summaries lack sufficient information for the undersigned to determine the nature of the
14 underlying conduct and whether the MCD report summary truly constitutes *Henthorn* material.
15 In these circumstances, the undersigned will turn over the MCD report summary unless the
16 summary itself makes clear that it is not *Henthorn* material.

17 Pursuant to defense counsel's request, the review of records produced by the OCC and the
18 SFPD regarding Inspector Johnson, Sergeant Molina, and Officers Navarro, Lopez, and Espinoza
19 has been completed on an expedited basis (Dkt. No. 2373).  To arrange for pick-up of the records,
20 Attorney Peter Goodman should contact Courtroom Deputy Dawn Toland at 415-522-2020.

22 **IT IS SO ORDERED.**

24 Dated: October 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE