IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER SCHEDULING FURTHER REVIEW OF SFPD *HENTHORN* PRODUCTION AND GRANTING REQUEST FOR EXTENSION TO FILE STATUS REPORT** |
| ERICK LOPEZ, *et al.*, | |
| Defendants. | |

Pursuant to their prior agreement, SFPD Legal Counsel Ronnie Wagner and Attorney Peter Goodman, counsel for defendant Erick Lopez, are to meet in the jury room on **WEDNESDAY, NOVEMBER 3** at **3:00 P.M.** to continue the review of the SFPD's *Henthorn* production (Dkt. Nos. 2383, 2457).

Additionally, Attorney Goodman's request to extend the deadline to file a status report regarding the review to **FRIDAY, NOVEMBER 5** at **NOON** is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 28, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE