PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile:  (415) 781-2266

Attorney for Defendant
ERICK DAVID LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN CERNA, et al.,<br><br>Defendants. | No. CR-08-0730 WHA<br><br>STIPULATION AND [PROPOSED] ORDER SCHEDULING FURTHER REVIEW OF SFPD *HENTHORN* PRODUCTION AND EXTENDING TIME TO FILE STATUS REPORT |

THE SAN FRANCISCO POLICE DEPARTMENT, through its counsel of record, Ronnie Wagner, and defendant ERICK DAVID LOPEZ, through his counsel of record, Peter Goodman, hereby stipulate and agree as follows:

1. On October 28, 2010, pursuant to the prior agreement of Ms. Wagner and Mr. Goodman, the Court scheduled a further review in the jury room of SFPD's *Henthorn* production for Wednesday, November 3, 2010, at 3:00 p.m. and granted Mr. Goodman's request to extend the deadline to file a status report regarding that review to Friday, November 5, 2010, at noon. (Docket No. 2458.)

2. On November 3, 2010, Ms. Wagner was unable to reach the federal building to attend the scheduled review because of the crowds in Civic Center attending the celebration honoring the victory of the San Francisco Giants in the World Series. Ms. Wagner requested and Mr. Goodman agreed to continue the review for one week

-1-

1 | to November 10, 2010, at 3:00 p.m., and the parties agreed to an extension of time
2 | to November 12, 2010, at noon for Mr. Goodman to file a status report regarding that
3 | review.
4 | SO STIPULATED
5 | DATED: November 3, 2010

7 | /s/
   RONNIE WAGNER
8 | Legal Counsel for the San Francisco Police Department

10 | SO STIPULATED
11 | DATED: November 3, 2010

13 | /s/
   PETER GOODMAN
14 | Attorney for Defendant
   ERICK DAVID LOPEZ

16 |     GOOD CAUSE APPEARING from the parties' Stipulation and [Proposed] Order
17 | Scheduling Further Review of SFPD *Henthorn* Production and Extending Time to File
18 | Status Report, IT IS HEREBY ORDERED that SFPD Legal Counsel Ronnie Wagner
19 | and counsel for defendant ERICK DAVID LOPEZ, Peter Goodman, meet in the jury
20 | room on Wednesday, November 10, 2010, at 3:00 p.m. to continue the review of the
21 | SFPD *Henthorn* production and Attorney Goodman file a status report regarding that
22 | review on Friday, November 12, 2010, at noon.
23 | DATED: November 4, 2010.

WILLIAM ALSUP
United States District Court Judge