IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al.*,<br><br>Defendants. | No. CR 08-0730 WHA<br><br>**NOTICE RE REPORT SUBMITTED BY DEFENDANT ERICK LOPEZ RE COMPLETENESS OF SFPD *HENTHORN* PRODUCTION** |

Counsel for defendant Erick Lopez has submitted a status report regarding his review of the SFPD *Henthorn* production (Dkt. No. 2594). The status report alleges that the SFPD's production is incomplete and requests that the SFPD be ordered to immediately produce the subpoenaed *Henthorn* materials.

In order to obtain a ruling on the issue, counsel is to submit a motion to compel. Any such motion to compel shall be submitted by **MONDAY, NOVEMBER 22** at **NOON**. The SFPD is to submit a response to the motion by **TUESDAY, NOVEMBER 30** at **NOON**. Any reply must be submitted by **THURSDAY, DECEMBER 2** at **NOON**. The parties will be notified if a hearing on the motion is necessary.

Dated: November 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE