PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ERICK DAVID LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN CERNA, et al.,<br><br>Defendants. | No. CR-08-730 WHA<br><br>ORDER SEALING SUPPLEMENTAL DECLARATION OF PETER GOODMAN IN SUPPORT OF MOTION TO COMPEL PRODUCTION BY SAN FRANCISCO POLICE DEPARTMENT OF SUBPOENAED DOCUMENTS PURSUANT TO RULE 17(g) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE AND LOCAL RULE 17-2(b) |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Supplemental Declaration of Peter Goodman in Support of Motion to Compel Production by San Francisco Police Department of Subpoenaed Documents Pursuant to Rule 17(g) of the Federal Rules of Criminal Procedure and Local Rule 17-2(b) lodged with the Court on November 22, 2010, be filed under seal.

DATED: November 23, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE