IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al*.,<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER DENYING "REQUEST" FOR BRIEFING SCHEDULE RE DEFENDANT ERICK LOPEZ'S MOTION TO COMPEL** |

On December 8, defendant Erick Lopez's motion to compel the SFPD to produce the *Henthorn* materials was granted (Dkt. No. 2659). The order cited the SFPD's failure to file an opposition as the reason for granting the motion (Dkt. No. 2740).

The government and the SFPD now jointly request a briefing schedule be set, claiming "[t]he reason why no opposition was filed, however, was that there was no briefing schedule set for this motion" (Dkt. No. 2748). This request is **DENIED**.

As referenced in the December 8 order, a briefing schedule was set on November 16 (Dkt. No. 2609). This order was served on Attorney Ronnie Wagner, counsel for the SFPD. Indeed, the recent "request" by the government and the SFPD cites the docket entry that set the briefing schedule (Dkt. No. 2748 at 1).

Any request for leave to file a motion for reconsideration on the basis of excusable neglect must be filed extremely promptly. As it stands, the December 8 order will not be modified and

the SFPD must comply with the December 18 deadline established therein.

**IT IS SO ORDERED.**

Dated: December 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE