IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE RE SFPD FAILURE TO PRODUCE RECORDS AS ORDERED** |
| ERICK LOPEZ, *et al*. | |
| Defendants. | |

A December 8 order granted defendant Erick Lopez's motion to compel the SFPD to produce *Henthorn* material missing from its prior productions in response to FRCrP 17(c) subpoenas issued on June 24, 2009, and July 6, 2010 (Dkt. No. 2740). The order followed extended proceedings over the past four months regarding the completeness of the SFPD's *Henthorn* production (Dkt. Nos. 2197, 2247, 2383, 2458, 2512, 2609). The order required the SFPD to produce the missing material to the undersigned by December 17 at Noon. To date, no such production has been made.

Counsel for the SFPD — Attorney Ronnie Wagner — is **ORDERED** to show cause as to why she should not be held in contempt for failing to comply with the December 8 order. Attorney Wagner must appear before the Court this **THURSDAY AT 11:00 A.M.**

**IT IS SO ORDERED.**

Dated: December 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE