IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **NOTICE RE DEFENDANT ERICK LOPEZ'S WAIVER OF APPEARANCE AT DECEMBER 23 HEARING** |
| ERICK LOPEZ, *et al*. | |
| Defendants. | |

The December 23 hearing addressed SFPD Attorney Ronnie Wagner's failure to comply with a court order requiring production of *Henthorn* materials by the SFPD. As such, defendant Erick Lopez's presence was not required per FRCrP 43(b)(3) and defense counsel's waiver of defendant Lopez's appearance — and the government's consent to this waiver of appearance — was appropriate.

Dated: January 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE