IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al.*,<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER GRANTING REQUEST FOR EXPEDITED *HENTHORN* REVIEW AND CONTINUANCE OF EVIDENTIARY HEARING RE LOPEZ SUPPRESSION MOTION** |

Defendant Erick Lopez's request for a continuance of the January 5 evidentiary hearing regarding his motion to suppress is **GRANTED** (Dkt. No. 2824). The evidentiary hearing will be continued to **JANUARY 19 AT 10:30 A.M.**

Defendant Lopez's request for an expedited review of records produced by the OCC and the SFPD regarding the officers who may testify at the evidentiary hearing is also **GRANTED** (Dkt. No. 2824). Any *Henthorn* material relating to SFPD Officers Aaron Fisher, Luis Oliva, or Steven Bucy will be provided to his counsel prior to the January 19 hearing. Any additional records received from the SFPD on December 30 regarding Sergeant Molina and on January 12 regarding Officer Bucy will also be reviewed and provided to counsel prior to the hearing.

**IT IS SO ORDERED.**

Dated: January 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE