PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN CERNA, et al.,<br><br>Defendants. | No. CR-08-0730 WHA<br><br>ORDER SEALING DECLARATION OF PETER GOODMAN IN SUPPORT OF MOTION TO CONTINUE TRIAL FILED BY DEFENDANT MORIS FLORES (DOCKET NO. 2884) |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Declaration of Peter Goodman in Support of Motion to Continue Trial Filed by Defendant Moris Flores (Docket No. 2884) and the declaration in support of sealing be filed ex parte and under seal.

DATED: January 19, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-1-