IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER VACATING MARCH 2** ***MASSIAH*** **HEARING RE POTENTIAL** ***MASSIAH*** **VIOLATION ASSERTED BY DEFENDANT ERICK LOPEZ** |

Defendant Erick Lopez has requested that the March 2 evidentiary hearing regarding his *Massiah* challenge be vacated, as his investigation has revealed that the challenged statements were made before counsel for the cooperating witness ever discussed the possibility of cooperation with the government (Dkt. No. 3603). The request is **GRANTED** and the evidentiary hearing scheduled for **MARCH 2 AT 1:00 P.M.** is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: March 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE