PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IVAN CERNA, et al.,

    Defendants.

No. CR-08-0238 MHP

ORDER SEALING DECLARATION OF DIANE RAE AND DECLARATION OF PETER GOODMAN IN SUPPORT OF REQUEST TO SEAL RAE DECLARATION

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Declaration of Diane Rae and the Declaration of Peter Goodman in support of the sealing of the Rae declaration lodged with the Court on February 28, 2011, be filed under seal.

DATED: March 1, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-1-