1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK LOPEZ, *et al*.

Defendants.
                                                          /

No. CR 08-0730 WHA

**ORDER RE DEFENDANT LOPEZ'S REQUEST FOR *IN CAMERA* REVIEW OF PREVIOUSLY SUBPOENAED *HENTHORN* MATERIAL AND FOR CLARIFICATION RE *HENTHORN* PRODUCTIONS AND REVIEW**

Defendant Erick Lopez seeks: (1) *in camera* review of previously subpoenaed *Henthorn* material relating to witnesses who were not on the government's "list of 50" but appeared on the government's final witness list; and (2) clarification regarding *Henthorn* productions by the SFPD and the OCC and the Court's procedure in conducting its *in camera* review (Dkt. No. 3589). The request is **GRANTED IN PART AND DENIED IN PART**.

The undersigned will conduct an *in camera* review of the records produced by the SFPD and the OCC regarding the 45 SFPD officers whose names did not appear on the government's "list of 50" but now appear on the government's final witness list. The undersigned will also conduct an *in camera* review of any records returned in response to the February 14 *Henthorn* subpoena served on the SFPD and OCC. Additionally, per counsel's request, the undersigned will conduct an "expedited" *in camera* review of the records relating to SFPD Officers Krystle Castillo, Jeffrey Chang, Shawn Phillips, Lamar Toney, and Ernest Trapsi.

In contrast, the request for "clarification" regarding the absence of certain types of *Henthorn* material turned over after the *in camera* review is **DENIED**. The Court is more than

complying with *Henthorn* and will not itemize and recount the details of how it is conducting the lengthy and burdensome review. Nor will the Court catalog and compare the materials it has received against the materials disclosed after *in camera* review.

If defendant Lopez is of the view that the *Henthorn* productions or review have been deficient, the matter may be taken up on appeal. To facilitate our court of appeals' review of any such matters, the sealed case file contains a copy of: (1) all material produced by the agencies; and (2) all material turned over to defense counsel after *in camera* review.

**IT IS SO ORDERED.**

Dated: March 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE