IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**ORDER RE BRIEFING SCHEDULE AND HEARING RE DEFENDANT LOPEZ'S *MASSIAH* MOTION** |

Any response by the government to defendant Erick Lopez's motion to suppress statements regarding alleged *Massiah* violations is to be filed by **FRIDAY, MARCH 18 AT NOON** (Dkt. No. 3663). Any reply must be filed by **WEDNESDAY, MARCH 23 AT NOON**. The parties will be notified if a hearing is necessary.

**IT IS SO ORDERED.**

Dated: March 11, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE