1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telephone: (415) 781-8866
   Facsimile:  (415) 781-2266
4
   Attorney for Defendant
5  ERICK LOPEZ

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 UNITED STATES OF AMERICA,           ) No. CR-08-0730 WHA
                                        )
12        Plaintiff,                    ) ORDER SEALING DECLARATION OF
                                        ) PETER GOODMAN IN SUPPORT OF
13     vs.                              ) JOINT DEFENSE MOTION TO DISCOVER
                                        ) INFORMANT FILE AND DECLARATION
14 IVAN CERNA, et al.,                  ) OF PETER GOODMAN IN SUPPORT OF
                                        ) SEALING REQUEST
15        Defendants.                   )
                                        ) ~~FILED UNDER SEAL~~
16                                      )
17 _____ )

18     GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the

19 Declaration of Peter Goodman in Support of Joint Defense Motion to Discover ICE

20 Informant File and the declaration in support of that sealing request be filed under seal.

21 DATED: March 15, 2011.

22

23                                          _____
24                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT COURT JUDGE
25

26

27

28

                                      -1-