IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **TENTATIVE RULING RE DEFENDANT ERICK LOPEZ'S REQUEST FOR ISSUANCE OF PROTECTIVE ORDER RE DOCUMENTS SUBPOENAED FROM SFPD** |
| ERICK LOPEZ, *et al.*, | |
| Defendants. | |

Defendant Erick Lopez has filed a request for issuance of protective order regarding documents subpoenaed from the SFPD (Dkt. No. 3707). The matter was noticed for hearing tomorrow, **MARCH 16 AT 10 A.M.** and will be heard in Courtroom 4 on the 17th floor.

The Court's tentative view is that the documents will be treated (for protective order purposes only) as if produced by the United States government and subject to the terms of the protective order governing this case (Dkt. No. 2374). Accordingly, the Court tentatively plans to turn the documents over to counsel for defendant Lopez at tomorrow's hearing. If SFPD Attorney Ronnie Wagner disagrees, she should be prepared to explain why this is not a sufficient and practical result.

**IT IS SO ORDERED**.

Dated: March 15, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE