IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERICK LOPEZ, *et al.*,<br><br>    Defendants.<br>                                                / | No. CR 08-0730 WHA<br><br>**ORDER RE PROTECTIVE ORDER GOVERNING SUBPOENA RETURNS** |

As stated at the March 16 hearing, the March 15 tentative ruling has been entered as the final ruling on defendant Erick Lopez's request for a protective order covering subpoenaed material. Unless a party specifically requests otherwise, all documents produced in response to subpoenas (except for *Henthorn* productions) will be treated for protective order purposes as if produced by the United States government and subject to the terms of the protective order governing this case (Dkt. No. 2374).

**IT IS SO ORDERED.**

Dated: March 17, 2011

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE