IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al*.<br><br>Defendants.<br>———————————————— / | No. CR 08-0730 WHA<br><br>**NOTICE RE *HENTHORN* MATERIAL RE 45 ADDITIONAL SFPD OFFICERS** |

A March 8 order granted defendant Erick Lopez's request for an *in camera Henthorn* review of the records produced by the SFPD and the OCC regarding the 45 SFPD officers whose names did not appear on the government's "list of 50" but now appear on the government's final witness list (Dkt. No. 3668).

Defendant Lopez is reminded that although the undersigned has records subpoenaed from the SFPD regarding these officers, these are the records that were produced *prior* to the subsequent productions by the SFPD made in response to the December 8 order granting defendant Lopez's motion to compel additional *Henthorn* material (Dkt. No. 2740). As defendant Lopez may recall, the additional productions by the SFPD in response to the December 8 order were only for those officers who were listed on the government's "list of 50."

Dated: March 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE