UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. S3-08-CR-0730-WHA |
|---|---|---|
| v. | ) | |
| ERICK LOPEZ, | ) | [PROPOSED] SEALING ORDER |
| Defendant. | ) | |

For the reasons stated in the March 18, 2011 Declaration of W.S. Wilson Leung, the Declaration is hereby sealed until further order of this Court.

DATED: March 18, 2011

_____
HON. WILLIAM ALSUP
United States District Judge