IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK LOPEZ, *et al.*,

Defendants.

No. CR 08-0730 WHA

**ORDER TO SHOW CAUSE RE DEFENDANT ERICK LOPEZ'S MOTION TO COMPEL PRODUCTION OF RECORDS BY THE SFPD**

Defendant Erick Lopez moves to compel the SFPD to produce *Henthorn* material responsive to his June 2009 and July 2010 subpoenas, relative to the 43 SFPD officers added to the government's final witness list (Dkt. No. 3798). The Court is inclined to grant the motion. The need for the additional material was triggered by the government's addition of 43 SFPD officers to its final witness list — officers who were not included in the government's "list of 50." There does not appear to be a reason why the same material that was previously ordered to be produced should not be produced with respect to these additional 43 officers (Dkt. No. 2740).

The SFPD, however, will be given until **WEDNESDAY, MARCH 30 AT NOON** to show cause as to why the motion should not be granted.

**IT IS SO ORDERED.**

Dated: March 28, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE