IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN CERNA, *et al*.<br><br>Defendants.<br>_____/ | No. CR 08-0730 WHA<br><br>**ORDER GRANTING IN PART DEFENDANT ERICK LOPEZ'S MOTION TO COMPEL PRODUCTION BY SFPD OF SUBPOENAED MATERIALS** |

Defendant Erick Lopez moves to compel production by the SFPD of *Henthorn* materials relating to 43 SFPD officers who were added to the government's trial witness list (Dkt. No. 3798). For the reasons stated herein, the motion is **GRANTED IN PART**.

In response to a March 28 order to show cause, counsel for the SFPD — Attorney Ronnie Wagner — has agreed to produce records relating to 31 of the 43 officers (Dkt. Nos. 3815, 3850). Attorney Wagner has explained that records have already been produced for two of the officers and records relating to 10 of the officers are being turned over to the United States Attorney in response to its own *Henthorn* subpoena. Accordingly, Attorney Wagner argues that only records relating to the 31 remaining officers need be produced. The undersigned agrees that the SFPD need only produce records relating to the 31 officers. Although the SFPD's production of records to the government will not directly satisfy the SFPD's obligations to comply with defendant Lopez's subpoenas, requiring the SFPD to produce the records to both the government and to the

Court for *in camera* review would be unduly burdensome and time consuming for both the SFPD and the Court, as the government will turn over records to defendant Lopez after it completes its *Henthorn* review.

Per Attorney Wagner's request, the SFPD will be given until **APRIL 8** to produce the records relating to the 31 officers. Thereafter, the records will be reviewed *in camera* and any *Henthorn* material will be turned over to counsel for defendant Lopez. Counsel for defendant Lopez shall notify the undersigned if expedited production or review is needed for any of the 31 officers.

**IT IS SO ORDERED.**

Dated: March 31, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE