1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California 94104
3  Telephone: (4l5) 781-8866
   Facsimile: (415) 781-2266
4
   Attorney for Defendant
5  ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>IVAN CERNA, et al.,<br><br>  Defendants. | No. CR-08-0238 MHP<br><br>ORDER SEALING DECLARATION OF PETER GOODMAN IN SUPPORT OF JOINDER OF DEFENDANT ERICK LOPEZ IN MOTION FOR LEAVE TO FILE MOTION TO RECONSIDER DENIAL OF MOTION TO CONTINUE TRIAL BY DEFENDANT MORIS FLORES (DOCKET NO. 3857) |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Declaration of Peter Goodman in Support of Joinder of Defendant Erick Lopez in Motion for Leave to File Motion to Reconsider Denial of Motion to Continue Trial filed by defendant MORIS FLORES be filed under seal.

DATED: March 31, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-1-