PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

IVAN CERNA, et al.,

    Defendants.

No. CR-08-0238 MHP

ORDER SEALING DECLARATION OF PETER GOODMAN RE SUBPOENAED *HENTHORN* RECORDS

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Declaration of Peter Goodman re Subpoenaed *Henthorn* Records be filed under seal.

DATED: April 12, 2011

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE