IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK LOPEZ, *et al.*

Defendants.
                                              /

No. CR 08-0730 WHA

**ORDER DENYING WITHOUT PREJUDICE GOVERNMENT REQUEST FOR PRODUCTION OF DEFENSE SUBPOENA RETURNS**

As the SFPD is not a government agent for purposes of *Brady*, the defense has independently sought *Henthorn* material regarding SFPD officer witnesses through court-issued subpoenas. To ensure that only personnel records constituting *Henthorn* material is distributed to the defense, all records produced in response to defense *Henthorn* subpoenas have been reviewed *in camera* by the Court prior to being released to the defense on a sealed, *ex parte* basis. This endeavor has required the expenditure of many court hours.

Now that the government has undertaken the responsibility to locate and turn over *Henthorn* material for certain SFPD officers, the government wishes to see what the Court's selections have been (Dkt. No. 3960). The government, however, has not provided any authority *requiring* that the fruits of the Court's *in camera* review be produced to the government, nor does the government provide specific reasons why it must see the material.

The Court sees some benefit in maintaining the secrecy of the *Henthorn* subpoena returns not only for impeachment purposes but also to have the benefit of the government's independent review of the records it subpoenas. Therefore, for the time being, the Court will

exercise its discretion to maintain secrecy of the *Henthorn* subpoena returns being turned over to the defense. This order is without prejudice to revisiting the issue as trial progresses.

**IT IS SO ORDERED.**

Dated: April 13, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE