IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0730 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING DEFENDANT LOPEZ'S REQUEST FOR EXTENSION** |
| ERICK LOPEZ, *et al*., | |
| Defendants. | |

Defendant Erick Lopez's request for additional time to submit material regarding the government mental health examination is **GRANTED**. Defendant Lopez will have until **THURSDAY, APRIL 21 AT 2 P.M.** to submit the additional material.

**IT IS SO ORDERED.**

Dated: April 18, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE