PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (415) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IVAN CERNA, et al.,<br><br>Defendants. | No. CR-08-0238 MHP<br><br>ORDER SEALING DECLARATION OF PETER GOODMAN, TRANSCRIPTS OF MENTAL EXAMINATION OF DEFENDANT LOPEZ BY ENRIQUE SUAREZ, PH.D., AND DECLARATION OF ANTONIO PUENTE, PH.D |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Declaration of Peter Goodman re Transcripts of Mental Examination of Defendant Lopez by Enrique Suarez, Ph.D., the transcripts of the examination attached as an exhibit to that declaration and the Declaration of Antonio Puente, Ph.D., lodged with the Court on April 21, 2011, be filed under seal.

DATED: April 21, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE