PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California 94104
Telephone: (4l5) 781-8866
Facsimile: (415) 781-2266

Attorney for Defendant
ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IVAN CERNA, et al.,<br><br>　　　　Defendants. | No. CR-08-0730 WHA<br><br>ORDER GRANTING REQUEST TO EXTEND DEADLINE FOR SUBMISSION OF DECLARATION FROM PROPOSED MENTAL HEALTH EXPERT |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the time for the filing of a supplemental declaration by Dr. Antonio Puente, the mental health expert proposed by the defense, identifying the opinions he would seek to present and the basis for each opinion be extended from Wednesday, May 4, 2011, at 5:00 p.m., to Friday, May 6, 2011, at 5:00 p.m. The time for the filing of a further declaration from Dr. Suarez and any government briefing on the relevance of Dr. Puente's opinions shall be extended to Tuesday, May 17th at 5:00 p.m. and defendant LOPEZ shall have until Monday, May 23, 2011, at 5:00 p.m. to file a response to Dr. Suarez's declaration and any further brief from the government

DATED: May 4, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-1-