1 PETER GOODMAN, ESQ.
State Bar No. 65975
2 400 Montgomery Street, Second Floor
San Francisco, California 94104
3 Telephone: (415) 781-8866
Facsimile: (415) 781-2266
4
Attorney for Defendant
5 ERICK LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0730 WHA |
| Plaintiff, | ORDER SEALING DECLARATION OF ANTONIO PUENTE, PH.D. |
| vs. | |
| IVAN CERNA, et al., | |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Declaration of Antonio Puente, Ph.D., lodged with the Court on May 6, 2011, be filed under seal.

DATED: May 7, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

-1-