IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERICK LOPEZ, *et al*.<br><br>Defendants.<br>_____ / | No. CR 08-0730 WHA<br><br>**REQUEST FOR FURTHER SUBMISSIONS BY DEFENDANT ERICK LOPEZ RE MENTAL HEALTH CONDITION** |

By **SUNDAY, JUNE 12 AT 5 P.M.**, counsel for Defendant Erick Lopez shall please file a memorandum on the following two points:

1. What is defendant Lopez's response to the government's point that in August/September 2005, defendant Lopez was a juvenile and thus the proffer (now limited to August /September 2005) would not prove mental condition at the time of the offense (counts 1, 2, 3) for which the evidence is offered?

2. Give precise case law cites on whether counts 1, 2, and 3 require "specific intent" within the meaning of the comment to Model Instruction 6.9.

Dated: June 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE