IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICK LOPEZ, *et al*.

Defendants.

No. CR 08-0730 WHA

**REQUEST FOR FURTHER SUBMISSIONS RE DR. PUENTE**

Given the specific and limited relevance asserted by Attorney Goodman for Dr. Puente's testimony, the Court is considering the possibility of allowing the opinion in evidence (shorn of the Rule 704(b) violation and limited to the date of joining the gang) but instructing the jury that it may use the opinion solely to evaluate whether Mr. Lopez's joining the gang in August/September 2005 was a knowing and voluntary act and that the jury may not use the opinion to evaluate defendant's intent in thereafter remaining in the gang or in committing any subsequent act found by the jury to have been committed by him. In parallel, counsel would be instructed to use the opinion in argument solely for the authorized purpose. Specifically, Dr. Puente would be allowed to testify that in his opinion, as of August/September 2005, defendant Lopez suffered from the three mental conditions stated and would be allowed to describe the clinical textbook consequences recognized for these three conditions, such as confusion, difficulty making rational choices, etc. He would not be allowed to testify that defendant Lopez in fact was confused or had difficulty making rational choices in August/September 2005. By

**SUNDAY, JUNE 12 AT 5 P.M.** counsel shall file a statement advising whether they would object and, if so, why.

**IT IS SO ORDERED.**

Dated: June 10, 2011.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE