IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

IVAN CERNA, *et al*.

    Defendants.
_____/

No. CR 08-0730 WHA

**REQUEST FOR GOVERNMENT RESPONSE TO *MASSIAH* ISSUE RAISED BY DEFENDANT LOPEZ**

By **5 P.M. ON SUNDAY**, the government is requested to please advise the Court of its evaluation of Defendant Erick Lopez's claim that his conversation with Witness Oliver Marota in the van violated *Massiah* (Dkt. No. 11322).

**IT IS SO ORDERED.**

Dated: June 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE